JAMES H. MORAN, Appellant, *v.* THE BOARD OF TRUSTEES OF
THE VILLAGE OF WHITE PLAINS, Respondent, et al.

(Argued May 6, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order

made December 8, 1890, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Edgar A. Turrell* for appellant.

*H. T. Dykman* for respondent.

*Wilson Brown, Jr.*, for defendant John O. Merritt.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.